IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

GARY WUNSCH,                              )
                                          )
                          Plaintiff,      )
                                          )
              vs.                         )
                                          )
COLE REAL ESTATE INVESTMENTS, INC.,       )
et al.,                                   )        No. 2:13-cv-2186-HRH
                                          )
                          Defendants.     )
_____  )

O R D E R

Motion for Appointment as Lead Plaintiff
and Approval of Lead and Liaison Counsel[1]

The court has considered *Plaintiff Gary Wunsch's Motion for Appointment as Lead Plaintiff and Approval of Lead and Liaison Counsel*.  The motion is unopposed and no competing motion for appointment of lead plaintiff has been filed.  The court is satisfied with plaintiff's qualifications and plaintiff's choice of lead counsel.

It is hereby ordered that:

(1)      The motion is granted;

(2)      Plaintiff Gary Wunsch is appointed Lead Plaintiff in the above-captioned action; and

(3)      Plaintiff Wunsch's chosen counsel, Robbins Arroyo LLP, and Schneider Wallace Cottrell Konecky LLP are approved to serve as

---

[1]Docket No. 45.

Lead and Liaison Counsel, respectively, for plaintiffs in the above-captioned action.

DATED at Anchorage, Alaska, this 12th day of February, 2014.

/s/ H. Russel Holland
United States District Judge